**\*\* E-filed September 10, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADELA FREGOSO,<br><br>     Plaintiff,<br><br>  v.<br><br>HUNT & HENRIQUES,<br><br>     Defendant.<br>_____/ | No. C10-02741 HRL<br><br>**ORDER (1) CONTINUING CASE MANAGEMENT CONFERENCE AND (2) DENYING AS MOOT PLAINTIFF'S REQUEST TO APPEAR BY TELEPHONE**<br><br>**[Re: Docket Nos. 8 & 9]** |

In view of the fact that Defendant has yet to be been served, the Case Management Conference, currently set for September 14, 2010, has been continued to **October 26, 2010 at 1:30 p.m.** in Courtroom 2, United States District Court, 280 South First Street, San Jose, California. The parties shall file a Joint Case Management Statement no later than October 19, 2010. And because of this continuance, Plaintiff's counsel's request to appear by telephone (Docket No. 9) is DENIED AS MOOT.

**IT IS SO ORDERED.**

Dated: September 10, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C10-02741 HRL Notice will be electronically mailed to:**

Lara Ruth Shapiro                shapiro.lara@gmail.com, eguadiana@lemberglaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**