**\*\* E-filed October 20, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADELA FREGOSO,<br><br>    Plaintiff,<br>  v.<br><br>HUNT & HENRIQUES,<br><br>    Defendant.<br>_____/ | No. C10-02741 HRL<br><br>**ORDER (1) CONTINUING THE CASE MANAGEMENT CONFERENCE AND (2) DENYING AS MOOT PLAINTIFF'S REQUEST TO APPEAR BY TELEPHONE**<br><br>**[Re: Docket Nos. 10 & 11]** |

Plaintiff Adela Fregoso ("Fregoso") filed the instant action on June 23, 2010. (Docket No. 1.) An initial case management conference is scheduled for October 26, 2010, at which Fregoso's attorney requests to appear by telephone. (Docket Nos. 10 & 11.) On October 19, 2010, Fregoso filed a motion for entry of default against Defendant Hunt & Henriques ("Hunt & Henriques"). (Docket No. 12.) Because Hunt & Henriques has yet to appear in this action, the initial case management conference is continued to Tuesday, December 14, 2010.

**IT IS SO ORDERED.**

Dated: October 20, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C10-02741 HRL** **Notice will be electronically mailed to:**

Lara Ruth Shapiro  shapiro.lara@gmail.com, eguadiana@lemberglaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**