1  TOMIO B. NARITA (SBN 156576)  ** E-filed November 29, 2010 **
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:  (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6  Attorneys for Defendant
   Hunt & Henriques
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11  ADELA FREGOSO,                  )  CASE NO.: CV10-02741 HRL
                                    )
12                                  )
                                    )
13           Plaintiff,              )  **STIPULATION AND
                                    )  [PROPOSED] ORDER TO SET
14     vs.                          )  ASIDE DEFENDANT'S
                                    )  DEFAULT**
15  HUNT & HENRIQUES; and DOES      )
    1-10, inclusive,                )
16                                  )
                                    )
17           Defendants.            )
                                    )
18  _____)

19

20

21

22

23

24

25

26

27

28
_____
FREGOSO V. HUNT & HENRIQUES ET AL. (CASE NO. CV10-02741 HRL)
STIPULATION AND [PROPOSED] ORDER TO SET ASIDE DEFENDANT'S DEFAULT

Plaintiff Adela Fregoso ("Plaintiff"), and defendant Hunt & Henriques ("Defendant") by and through their counsel, hereby stipulate and agree that:

WHEREAS the Complaint in this action was filed on June 23, 2010; and

WHEREAS Defendant appears to have been served with the Summons and Complaint as indicated in Plaintiff's proof of service filed on October 19, 2010 as Exhibit A to the Declaration of Lara Shapiro in Support of Request to Enter Default Against Defendant (docket no. 12-1);

WHEREAS Defendant, has no record of being served with the Summons and Complaint and therefore did not file a response thereto;

WHEREAS Plaintiff requested Defendant's default on October 19, 2010 (docket nos. 12 and 12-1) which was entered by the Clerk of the Court on October 22, 2010 (docket no. 14); and

WHEREAS Defendant engaged counsel promptly after receiving copies of Plaintiff's request for entry of default, and counsel and is prepared to file a response to the Complaint;

IT IS THEREFORE STIPULATED AND AGREED THAT the parties request that the default entered by the Clerk against Defendant be set aside by the Court and that Defendant be permitted to respond to the Complaint.

IT IS SO STIPULATED.

DATED: November 2, 2010           LEMBERG & ASSOCIATES LLC
                                  LARA R. SHAPIRO


                                  By:  s/Lara R. Shapiro
                                       Counsel for Plaintiff
//
//
//

| | |
|---|---|
| DATED: November 2, 2010 | SIMMONDS & NARITA LLP<br>TOMIO B. NARITA |
| | By:  s/Tomio B. Narita<br>Tomio B. Narita<br>Counsel for Defendant |

## [~~PROPOSED~~] ORDER

Pursuant to the Stipulation of the Parties and good cause appearing, IT IS HEREBY ORDERED that the Clerk's Default entered as to defendant Hunt & Henriques is hereby set aside.  Defendants shall file their Answer to the Complaint within twenty-one days of this Order.

IT IS SO ORDERED.

DATED: November 29, 2010   By: _____
Hon. Howard R. Lloyd