UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADELA FREGOSO, ) | Case No.: 10-CV-02741-LHK |
| ) | |
| Plaintiff, ) | ORDER REQUIRING PARTIES TO |
| v. ) | FILE JOINT CASE MANAGEMENT |
| ) | STATEMENT |
| HUNT & HENRIQUES, and DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

A Case Management Conference is scheduled before the undersigned judge on February 9, 2011. Under the Court's Local Rules, parties are required to submit a Joint Case Management Statement no fewer than seven days before the Case Management Conference. The parties have failed to submit such a Statement in violation of Civil Local Rule 16-10. Accordingly, as soon as practicable, but no later than 1:00 p.m., Tuesday, February 8, 2011, the parties shall file a Joint Case Management Statement.

**IT IS SO ORDERED.**

Dated: February 7, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-02741-LHK
ORDER REQUIRING PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT