UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADELA FREGOSO, ) | Case No.: 10-CV-02741-LHK |
| ) | |
| Plaintiff, ) | ORDER REGARDING NOTICE OF |
| v. ) | SETTLEMENT |
| ) | |
| HUNT & HENRIQUES, and DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

On April 11, 2011, the parties filed a Notice of Settlement, informing the Court that the parties had reached a settlement of the action and anticipate filing a voluntary dismissal of this action with prejudice.  *See* Dkt. #32.  The Court appreciates the parties' efforts to resolve this case efficiently.  The parties should note, however, until a stipulation of dismissal is filed, the case schedule in the Court's February 9, 2011 Case Management Order [dkt. #31] remains as set.

**IT IS SO ORDERED.**

Dated: April 14, 2011

                                        */s/ Lucy H. Koh*
LUCY H. KOH
United States District Judge