1  LARA R. SHAPIRO
2  (State Bar No. 227194)
3  4145 Via Marina # 324
   Marina del Rey, CA 90292
4  Telephone: (310) 577-0870
5  Facsimile: (424) 228-5351

6  *Of Counsel to*
7  Lemberg & Associates LLC
   A Connecticut Law Firm
8  1100 Summer Street
9  Stamford, CT 06905
   Telephone: (203) 653-2250
10 Facsimile: (203) 653-3424

11 Attorneys for Plaintiff,
12 Adela Fregoso

13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

17

18 | Adela Fregoso,                        | Case No.: CV10-02741 LHK
19 |                                       |
20 |         Plaintiff,                    | [PROPOSED] ORDER RE:
   |                                       | VOLUNTARY DISMISSAL WITH
21 |   vs.                                 | PREJUDICE
22 |                                       |
23 | Hunt & Henriques; and Does 1-100,     |
   | inclusive,                            |
24 |         Defendants.                   |
25

26
27
28

CV10-02741                                [PROPOSED] ORDER RE: VOLUNTARY DISMISSAL
                                          WITH PREJUDICE

Based on the stipulation by the parties, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.  The Clerk shall close the file.

IT IS SO ORDERED

Date:  May 24, 2011

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

CV10-02741   - 1 -   [PROPOSED] ORDER RE: VOLUNTARY DISMISSAL WITH PREJUDICE